In the Matter of the Accounting of ROBERT E. BERGMAN, as Guardian of GEORGE R. BUNTING, an Infant.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, et al., Appellants; GEORGE R. BUNTING, Respondent.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Executor of KATHERINE L. BUNTING, Deceased.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Trustee under the Will of HARRY F. L. BUNTING, Deceased.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent.

Argued June 9, 1941; decided July 29, 1941.

*Hartwell Cabell* and *William Richards* for Maryland Casualty Company, appellant.

*Vincent J. LaGamma* for Emma J. Bergman, as administratrix of the estate of Robert E. Bergman, deceased, appellant.

*Hugo Wintner, Robert J. Fox, John G. Markey* and *Walter A. Donnelly* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.